Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 1:04cr24-SPM

ARNOLD MANGASNIA STRACHAN,
 a/k/a 'Moon,"

        Defendant.
_____/

**ORDER CONTINUING SENTENCING AND DIRECTING DEFENDANT TO FILE
<u>WRITTEN REPORT ON OR BEFORE MAY 20, 2005</u>**

Pending before the Court is Defendant's motion to continue sentencing. As grounds, Defendant states that he needs more time to complete his cooperation and requests an additional 60 days to do so. In light of three previous continuances granted by the Court, another 60 day continuance appears excessive. Accordingly, a limited continuance to the next month's docket will be granted. Defense counsel shall take the necessary steps to ensure that Defendant's cooperation is timely completed and file a written report on the outcome of his efforts on or before May 20, 2005. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's motion to continue sentencing is granted.

2. Sentencing is reset for June 13, 2005 at 1:30 p.m. at the United States Courthouse in Gainesville, Florida.

3. Defendant shall file his written report on or before May 20, 2005.

DONE AND ORDERED this 6th day of May, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 1:04cr24-SPM