IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:04cr24-SPM

ARNOLD MANGASNIA STRACHAN,
 a/k/a 'Moon,"

  Defendant.
_____/

### ORDER CONTINUING SENTENCING

Pending before the Court is Defendant's motion to continue sentencing (doc. 42). As grounds, Defendant states that he needs more time to complete his cooperation and requests an additional 60 days to do so. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's motion to continue sentencing (doc. 42) is granted.

2. Sentencing is reset for Tuesday, August 9, 2005 at 1:30 p.m. at the United States Courthouse in Gainesville, Florida.

3. If an additional continuance is needed for any reason, the parties

shall file a motion to continue on or before July 26, 2005.

DONE AND ORDERED this 10th day of June, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 1:04cr24-SPM