IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 CASE NO.: 1:04cr24-SPM

ARNOLD MANGASNIA STRACHAN,
   a/k/a 'Moon,"

           Defendant.
_____/

**ORDER CONTINUING SENTENCING**

Pending before the Court is Defendant's motion to continue sentencing (doc. 45).  For good cause shown, it is

ORDERED AND ADJUDGED:

1.    Defendant's motion to continue sentencing (doc. 45) is granted.

2.    Sentencing is reset for September 12, 2005 at 1:30 p.m. at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 4th day of August, 2005.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge